# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In Re:  Case Number: 1–23–12287–cjf

Deborah L Holzkamp  **Adversary Case Number: 1–24–00018–cjf**

        Debtor(s).

_____

Deborah L Holzkamp
        Plaintiff(s),

v.

United States Department of Education
        Defendant(s).

---

## PRELIMINARY PRETRIAL ORDER

COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED to confer with opposing counsel on or before <u>May 8, 2024</u> and together prepare in writing and file with the court no less than 48 hours prior to the pretrial set on <u>May 14, 2024 at 03:00 PM</u> in this case, a JOINT DOCUMENT, captioned "PRETRIAL STATEMENT" containing the following:

<u>FOR PLAINTIFF</u>

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of the cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

<u>FOR EACH DEFENDANT AND EACH ADDITIONAL PARTY</u>

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of the legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at the conference the matters set out above for incorporation in the joint document.

<u>FOR ALL PARTIES</u>

In addition, the joint document is to include the following:

1. A statement of the date, time and location of the conference required by paragraph 1 of this order.
2. A statement of all admitted or uncontested facts. All facts admitted in the joint pretrial statement are deemed to be stipulated.
3. Each party's brief statement of contested facts.
4. Each party's statement of contested legal issues.

All of the above is to be incorporated in <u>one document</u> which is to be signed by all attorneys prior to the filing.

Dated: March 25, 2024

                                            John G Kohler, Clerk
                                            U.S. Bankruptcy Court