# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0758−1 | User: eADIuser | Date Created: 3/25/2024 |
| Case: 1−24−00018−cjf | Form ID: prlpto3 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Noe Joseph Rincon   nrincon@ks−lawfirm.com

TOTAL: 1